IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SARAH SMILEY,<br><br>        Plaintiff,<br><br>v.<br><br>WINROCK INTERNATIONAL INSTITUTE FOR AGRICULTURAL DEVELOPMENT,<br><br>        Defendant. | Civil Action No. 1:20-cv-00144<br>Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on the parties' Joint Stipulation of Dismissal. Dkt, 83. Pursuant to this Joint Stipulation, the action brought by Plaintiff Sarah Smiley against Defendant Winrock International Institute for Agricultural Development is hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees.

It is **SO ORDERED**.

April _5_, 2021
Alexandria, Virginia

Liam O'Grady
United States District Judge